JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Adam Ghadiri, | ) | SACV 19-02098JVS(DFMx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | SETTLEMENT OF CASE |
| v. | ) | |
| | ) | |
| T and J Tires Center, et al, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

  The Court having been advised by the mediator that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.


DATED: 3/6/20

          James V. Selna
        United States District Judge